PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Laquan Woods      **Docket Number:** 06-00072-001
     **PACTS Number:** 45047

**Name of Sentencing Judicial Officer:** Honorable Dennis M. Cavanaugh, U.S.D.J.

**Date of Original Sentence:** 08/29/2006

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 30 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: drug urinalysis/treatment and DNA collection.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 04/22/2008

**Assistant U.S. Attorney:** L. Judson Welle, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Chester Keller (AFPD), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1            The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

                   On or about October 26, 2009, Woods was arrested by Irvington, New Jersey Police Department, in conjunction with the Essex County Prosecutor's Office, and charged with multiple gun offenses relating to the possession of a loaded .357 handgun and hollow point bullets. He was released on bail and the case is pending disposition within New Jersey Superior Court, Essex County.

Case 2:06-cr-00072-DMC Document 17 Filed 11/05/09 Page 2 of 2 PageID: 46

PROB 12C - Page 2
Laquan Woods

2     The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

As detailed in Violation #1, Woods, a convicted felon, unlawfully possessed a firearm.

3     The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a $100 special assessment; it shall be paid immediately.**'

Despite numerous reminders, Woods has not made any payments towards this financial obligation. Therefore, the outstanding balance remains $100.

4     The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Since the beginning of 2009, within Irvington and Newark, New Jersey, Woods was pulled over by police on at least five separate occasions. He was issued an assortment of motor vehicle summonses for infractions including: driving without a valid driver's license, careless driving, no liability insurance, no seatbelt, unsafe lane change, and reckless driving. In each occasion, he failed to notify the Probation Office accordingly.

Likewise, the offender failed to notify the undersigned Probation Officer about the arrest detailed in Violation #1 within the allotted time period.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, U.S.P.O.

*Joseph Empirio /lp*

Date: 11/4/09

---

THE COURT ORDERS:

[X] The Issuance of a Warrant.
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Nov. 5, 2009
Date